IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANKLIN S. CAMILLO and CELINA SALAZAR CAMILLO,<br><br>　　　　　　Plaintiffs,<br>　　v.<br><br>WASHINGTON MUTUAL BANK, F.A., CALIFORNIA RECONVEYANCE CO., QUALITY LOAN SERVICE, MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC., and DOES 1 through 50 inclusive,<br>　　　　　　Defendants. | 1:09-CV-1548  AWI SMS<br><br>ORDER VACATING HEARING AND TAKING MATTER UNDER SUBMISSION |

　　　Defendants have noticed for hearing and decision a motion to dismiss under Federal Rules of Civil Procedure 12(b)(6).  The matter was scheduled for hearing to be held on October 19, 2009.  Pursuant to Local Rule 78-230(c), Plaintiffs were required to file either an opposition or a notice of non-opposition no later than October 5, 2009.  Plaintiffs failed to do so.  Due to Plaintiffs' failure to file a timely opposition or notice of non-opposition, they are in violation of the Local Rules.  See 78-230(c).  Plaintiffs are further not entitled to be heard at oral argument in opposition to the motion.  See 78-230(c).  The Court has reviewed Defendants' motion and the

applicable law, and has determined that the motion is suitable for decision without oral argument. See Local Rule 78-230(h).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of October 19, 2009, is VACATED, and no party shall appear at that time. As of October 19, 2009, the Court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:     October 13, 2009                         /s/ Anthony W. Ishii
                                                    CHIEF UNITED STATES DISTRICT JUDGE

2