IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANKLIN S. CAMILLO and CELINA SALAZAR CAMILLO,<br><br>　　　　　　Plaintiffs,<br>　　v.<br><br>WASHINGTON MUTUAL BANK, F.A., CALIFORNIA RECONVEYANCE CO., QUALITY LOAN SERVICE, MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC., and DOES 1 through 50 inclusive,<br>　　　　　　Defendants. | 1:09-CV-1548  AWI SMS<br><br>ORDER VACATING JANUARY 11, 2010, HEARING AND TAKING MATTER UNDER SUBMISSION |

　　Defendants have noticed for hearing and decision a motion to dismiss under Federal Rules of Civil Procedure 12(b)(6).  The matter was scheduled for hearing to be held on January 11, 2010.  Pursuant to Local Rule 78-230(c), Plaintiffs were required to file either an opposition or a notice of non-opposition no later than December 28, 2009.  Plaintiffs failed to do so.  Due to Plaintiffs' failure to file a timely opposition or notice of non-opposition, they are in violation of the Local Rules.  See 78-230(c).  Plaintiffs are further not entitled to be heard at oral argument in opposition to the motion.  See 78-230(c).  The Court has reviewed Defendants' motion and the applicable law, and has determined that the motion is suitable for decision without oral argument. See  Local Rule 78-230(h).

1  Therefore, IT IS HEREBY ORDERED that the previously set hearing date of January 11,
2  2010, is VACATED, and no party shall appear at that time.  As of January 11, 2010, the Court
3  will take the matter under submission, and will thereafter issue its decision.

5  IT IS SO ORDERED.

6  **Dated:     January 5, 2010**                            **/s/ Anthony W. Ishii**
                                                          CHIEF UNITED STATES DISTRICT JUDGE